ADELBERT BOWDEN, Appellant, *v.* LEHIGH VALLEY RAILROAD COMPANY, Respondent.

*Bowden* v. *Lehigh Valley R. R. Co.*, 178 App. Div. 413, affirmed.
(Argued April 15, 1919; decided April 29, 1919.)

APPEAL from a judgment entered May 18, 1917, upon an order of the Appellate Division of the Supreme Court in the fourth judicial department, reversing a judgment in favor of plaintiff entered upon a verdict and directing a dismissal of the complaint: The action was brought to recover for personal injuries suffered by the plaintiff in a collision between a motorcycle on which he was riding, and a train owned by the Lehigh Valley Railroad Company, at the highway crossing at grade over the tracks of the Lehigh Valley Railroad Company at Mendon, N. Y. The complaint alleged that the accident was caused by the negligence of the defendant in not giving adequate warning of the approach of the train and that the plaintiff was himself free from contributory negligence. The answer denied all of the allegations of

negligence and freedom from contributory negligence. The only questions upon the trial were whether the defendant gave adequate warning of the approach of the train, and whether the plaintiff himself was free from negligence contributing to the accident. The Appellate Division held that no negligence of the railroad company was established, and that plaintiff failed to prove the absence of negligence upon his part, and that he was not entitled to have that question submitted to the jury.

*William MacFarlane* for appellant.

*Clarence P. Moser* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CUDDEBACK, HOGAN, McLAUGHLIN and CRANE, JJ.